# City of Fall River, Massachusetts



**LAW DEPARTMENT**
ONE GOVERNMENT CENTER
FALL RIVER, MA 02722
508-324-2650 (Law Department)
508-324-2540 (Workers' Compensation)
508-324-2655 (Fax)
508-324-2000 (Voice/TDD)

ELAINE RUTKOWSKI
LEGAL ASSISTANT

NANCY PAVAO
WORKERS' COMPENSATION/
CLAIMS CLERK

THOMAS F. McGUIRE, JR.
CORPORATION COUNSEL

DANIEL S. HENDRIE
ASST. CORPORATION COUNSEL

JOHN J. COUGHLIN
ASST. CORPORATION COUNSEL

GARY P. HOWAYECK
SPECIAL ASST. CORPORATION COUNSEL

July 5, 2001



Clerk for Civil Business
United States District Court
District of Massachusetts
One Courthouse Way
Boston, MA 02108

Re:  Conservation Law Foundation v. City of Fall River, et al
     U.S. District Ct. 87-3067-Z

Dear Sir/Madam:

On behalf of the Defendant, City of Fall River, enclosed please find Quarterly Progress Report (Progress Report # 37), a copy of which has been provided to the Plaintiff.

Be advised that under the Order issued by Judge Zobel with regard to this matter, said Quarterly Progress Report is required to be filed with the Court. Would you therefore, kindly file same.

If there are questions or comments, do not hesitate to contact me.

Very truly yours,

Thomas F. McGuire, Jr.
Corporation Counsel

TFM/n
Enclosure

cc:  Ronald A. Laro
     Steven H. Burrington, Esq.
     Terrance J. Sullivan





# City of Fall River, Massachusetts

## SEWER COMMISSION
ONE GOVERNMENT CENTER

July 3, 2001

Attorney Thomas F. McGuire
Corporation Counsel
Law Department
One Government Center
Fall River, MA 02722

Dear Mr. McGuire:

Enclosed is Progress Report #37 (original) as required by Section 15, Page 12 of the Court Order (Civil Action No.87-3067-Z). As with the last quarterly report, I expect that your department will submit the appropriate copies to the Court and CLF.

Section 10E, Pages 8-9 of the Court Order requires that a CSO Flow Report be served on Counsel for the plaintiffs each calendar quarter and is appended to the Progress Report for submittal to CLF.

Please call if you have any questions.

Sincerely,

Ronald A. Laro
Director/Water Pollution Control

RAL/das

cc:   Sewer Commission
      Terrance J. Sullivan
      James A. Smith
      Ralph Lepore

PROGRESS REPORT #37

July 2001

1. CSO Construction Contract 2A-2 is comprised of the construction of the; South and Central Tunnels, associated drop shafts and connecting tunnels, tunnel odor control, and the extreme event overflow structure. All required Federal and State Permits and associated easements (approximately 275) are in place.

2. Contract 2A-2 bids were accepted on January 31, 2001 at 11:00 a.m. These bids were substantially greater than the Engineers advertised estimate. As such, the City could not award, in that the bids received exceeded the City's Loan Order Authorization of $115,000,000.

   The low bidder for Contract 2A-2 has extended the withdrawal period for their bid, thus, the bid remains valid.

3. The City, with its Engineer, immediately began a program evaluation. The evaluation resulted in alternative measures which would insure water quality standards while complying with CSO Program objectives. As such, meetings have been conducted with EPA Region I and State DEP officials to review and consider acceptance of appropriate alternative measures. Further, on June 20, 2001, City officials met in Washington with Federal EPA Representatives to confirm our commitment to the CSO Program and review and consider acceptance of appropriate alternative measures.

4. Currently, we are awaiting final determinations by both the Federal EPA and State DEP. Both Regulatory Agencies have committed to prompt determinations which shall not impact the City's schedule, and as such, compliance with CSO Abatement Program requirements.

   If further information is required, please call me at 508/324-2321.

   Signed under the pains and penalties of perjury this 3rd day of July, 2001.

   *Ronald A. Lara*
   Ronald A. Lara
   Director/Water Pollution Control

# FALL RIVER SEWER COMMISSION
# CSO WEEKLY PHYSICAL INSPECTIONS
# AND
# RAINFALL DATA

April - June 2001

CITY OF FALL RIVER
CSO MONITORING PROGRAM
4/1/01 to 6/30/01
FLOW STATUS

| OUTFALL | LOCATION | ASSOCIATED STRUCTURES | W/E 4/4/01 | W/E 4/11/01 | W/E 4/17/01 | W/E 4/29/01 | W/E 5/4/01 | W/E 5/11/01 | W/E 5/16/01 | W/E 5/25/01 | W/E 6/7/01 | W/E 6/13/01 | W/E 6/20/01 | W/E 6/26/01 | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 002 | MT. HOPE AVE. | | N | N | N | N | N | N | N | N | N | N | N | N | |
| 003 | CHARLES ST. | | N | N | N | N | N | N | N | N | N | N | N | N | |
| 004 | BIRCH ST. | | N | N | N | N | N | N | N | N | N | N | N | N | |
| 005 | RIVERVIEW ST. | | N | N | N | N | N | N | N | N | N | N | N | N | |
| 006 | MIDDLE ST. | | N | N | N | N | N | N | N | N | N | N | N | N | |
| 007 | WILLIAM ST. | | N | N | N | N | N | N | N | N | N | N | N | N | |
| 008 | FERRY ST. | FERRY ST. | N | N | N | N | N | N | N | N | N | N | N | N | Start bucket dragging/60" line |
| | | COLUMBIA ST. | N | N | N | N | N | N | N | N | N | N | N | N | " |
| 009 | CENTRAL ST. | | N | N | N | N | N | N | N | N | N | N | N | N | |
| 010 | CITY PIER | DAVOL ST. #1 | N | N | N | N | N | N | N | N | N | N | N | N | " |
| | | DAVOL ST. #2 | N | N | N | N | N | N | N | N | N | N | N | N | |
| 011 | PRESIDENT AVE. | | N | N | N | N | N | N | N | N | N | N | N | N | |
| 013 | COVE ST. | | N | N | N | N | N | N | N | N | N | N | N | N | |
| 014 | ALTON ST. | | N | N | N | N | N | N | N | N | N | N | N | N | |
| 015 | PLYMOUTH AVE. NORTH | BEDFORD ST. | N | N | N | N | N | N | N | N | N | N | N | N | |
| | | ROBESON ST. | N | N | N | N | N | N | N | N | N | N | N | N | |
| | | TREMONT ST. | N | N | N | N | N | N | N | N | N | N | N | N | |
| | | SEABURY ST. | N | N | N | N | N | N | N | N | N | N | N | N | |
| 016 | LOWELL ST. | | N | N | N | N | N | N | N | N | N | N | N | N | |
| 017 | QUEQUECHAN ST. | | N | N | N | N | N | N | N | N | N | N | N | N | |
| 018 | HERITAGE PARK | | N | N | N | N | N | N | N | N | N | N | N | N | |
| 019 | CANAL ST. | | N | N | N | N | N | N | N | N | N | N | N | N | |
| 020 | THIRD ST. | | N | N | N | N | N | N | N | N | N | N | N | N | |
| 021 | PLYMOUTH AVE. SOUTH | | N | N | N | N | N | N | N | N | N | N | N | N | |

Monthly Operation and Maintenance Report
Fall River Wastewater Treatment Facility
Professional Services Group, Inc.
4/1/01 to 6/30/01
(Rainfall Data - Inches)

|    | April | May  | June |
|----|-------|------|------|
| 1  | -     | -    | -    |
| 2  | -     | -    | 1.36 |
| 3  | -     | -    | 0.15 |
| 4  | -     | -    | -    |
| 5  | -     | 0.20 | -    |
| 6  | 0.34  | -    | -    |
| 7  | 0.03  | -    | -    |
| 8  | 1.01  | -    | -    |
| 9  | 0.09  | -    | -    |
| 10 | 0.04  | -    | -    |
| 11 | -     | -    | 0.53 |
| 12 | 0.60  | -    | 1.77 |
| 13 | 0.03  | -    | -    |
| 14 | -     | -    | -    |
| 15 | -     | 0.07 | -    |
| 16 | -     | 0.02 | -    |
| 17 | 0.46  | -    | 2.62 |
| 18 | 0.19  | -    | -    |
| 19 | -     | -    | -    |
| 20 | -     | -    | -    |
| 21 | -     | -    | -    |
| 22 | 0.03  | 0.47 | -    |
| 23 | -     | 0.23 | 0.58 |
| 24 | -     | 1.43 | 0.02 |
| 25 | -     | 0.22 | -    |
| 26 | -     | -    | -    |
| 27 | -     | 0.40 | -    |
| 28 | -     | 0.23 | -    |
| 29 | -     | -    | -    |
| 30 | -     | -    | 0.04 |
| 31 | -     |      | -    |

(T) Trace Rainfall