

City of Fall River, Massachusetts

LAW DEPARTMENT
ONE GOVERNMENT CENTER
FALL RIVER, MA 02722
508-324-2650 (Law Department)
508-324-2540 (Workers' Compensation)
508-324-2655 (Fax)
508-324-2000 (Voice/TDD)

ELAINE RUTKOWSKI
LEGAL ASSISTANT

NANCY PAVAO
WORKERS' COMPENSATION/
CLAIMS CLERK

THOMAS F. McGUIRE, JR.
CORPORATION COUNSEL

DANIEL S. HENDRIE
ASST. CORPORATION COUNSEL

JOHN J. COUGHLIN
ASST. CORPORATION COUNSEL

GARY P. HOWAYECK
SPECIAL ASST. CORPORATION COUNSEL

January 3, 2002

Clerk for Civil Business
United States District Court
District of Massachusetts
1 Courthouse Way
Boston, MA 02108

Re: Conservation Law Foundation vs. City of Fall River, et al
U.S. District Ct. 87-3067-Z

Dear Sir/Madam:

On behalf of the Defendant, City of Fall River, enclosed please find Quarterly Progress Report (Progress Report #39), a copy of which has been provided to the Plaintiff.

Be advised that under the Order issued by Judge Zobel with regard to this matter, said Quarterly Progress Report is required to be filed with the Court. Would you therefore, kindly file same.

If there are any questions or comments, do not hesitate to contact me.

Very truly yours,

Thomas F. McGuire, Jr.
Corporation Counsel

TFM/e
Enclosure
cc: Ronald A. Laro
Steven H. Burrington, Esq.
Terrance J. Sullivan

DOCKETED

176

PROGRESS REPORT #39
January 2, 2002

1. CSO Construction Contract 2A-2.1, Plant Conduit and Site Preparation IFB#02-11, was advertised for bids on October 23, 2001. A pre-bid meeting was conducted on November 15, 2001. Sealed bids for Contract 2A-2.1 were received by the City's Purchasing Department on Wednesday, November 23, 2001. On December 31, 2001, the Letter of Intent to Award was issued to P.Gioioso and Sons Inc., of Hyde Park, Massachusetts for a construction cost of $829,500. Upon the same date, the written request for Authorization to Award was delivered to the Department of Environmental Protection. It is anticipated that a fully executed Contract for 2A-2.1 shall be completed within thirty (30) working days, followed by construction commencement. This Contract is compliant with the required Court Ordered Schedule.

2. CSO Land Acquisition of property located at 2100 Bay Street has been procured for a cost of $95,012.90.

3. CSO Construction Contract 2A-2.2, South and Central Tunnel; four (4) connecting tunnels; Extreme Event Overflow (EEO) Chamber; and transportation/disposal of tunnel muck, was advertised for bids on November 15, 2001. A pre-bid meeting was conducted on December 6, 2001. Sealed bids for Contract 2A-2.2, with an Engineers' estimated cost of $59,178,955, shall be received by the City's Purchasing Department on Wednesday, January 23, 2002. This Contract is compliant with the required Court Ordered Schedule.

4. Federal and State Permits and associated easements (approximately 275) pertinent to CSO Construction Contracts 2A-2.1 and 2A-2.2 have been secured.

5. The City, with its Engineer, conducted a CSO Program Evaluation and developed modified measures which would continue to insure water quality standards and compliance with CSO Program objectives. As a result, an October 12th Meeting was conducted with DEP and EPA; and an October 29th Meeting was conducted with CLF, EPA, and DEP respectively. As an outcome of the aforementioned meetings, it was determined that after the City received/processed CSO Construction Contract 2A-2.2 Bids (January 23, 2002), that all parties would reconvene for additional discussion of the Modified Tunnel Plan.

If further information is required, please call me at 508/324-2321.

Signed under the pains and penalties of perjury this 2nd day of January 2002.

Ronald A. Pa[illegible]o
Director/Water Pollution Control

**FALL RIVER SEWER COMMISSION**

**CSO WEEKLY PHYSICL INSPECTIONS**

**AND**

**RAINFALL DATA**

**October – December 2001**

10/1/01 to 12/31/01

CITY OF FALL RIVER
CSO MONITORING PROGRAM
FLOW STATUS

| OUTFALL | LOCATION | ASSOCIATED STRUCTURES | W/E 10/4/01 | W/E 10/18/01 | W/E 10/26 | W/E 10/31 | W/E 11/9/01 | W/E 11/15 | W/E 11/21 | W/E 11/30 | W/E 12/5/01 | W/E 12/14/01 | W/E 12/20 | W/E 12/26/01 | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 002 | MT.HOPE AVE. | | N | N | N | N | N | N | N | N | N | N | N | N | |
| 003 | CHARLES ST. | | N | N | N | N | N | N | N | N | N | N | N | N | |
| 004 | BIRCH ST. | | N | N | N | N | N | N | N | N | N | N | N | N | |
| 005 | RIVERVIEW ST. | | N | N | N | N | N | N | N | N | N | N | N | N | |
| 006 | MIDDLE ST. | | N | N | N | N | N | N | N | N | N | N | N | N | |
| 007 | WILLIAM ST. | | N | N | N | N | N | N | N | N | N | N | N | N | |
| 008 | FERRY ST. | FERRY ST. | N | N | N | N | N | N | N | N | N | N | N | N | |
| | | COLUMBIA ST. | N | N | N | N | N | N | N | N | N | N | N | N | |
| 009 | CENTRAL ST. | | N | N | N | N | N | N | N | N | N | N | N | N | |
| 010 | CITY PIER | DAVOL ST.#1 | N | N | N | N | N | N | N | N | N | N | N | N | |
| | | DAVOL ST.#2 | N | N | N | N | N | N | N | N | N | N | N | N | |
| 011 | PRESIDENT AVE. | | N | N | N | N | N | N | N | N | N | N | N | N | |
| 013 | COVE ST. | | N | N | N | N | N | N | N | N | N | N | N | N | |
| 014 | ALTON ST. | | N | N | N | N | N | N | N | N | N | N | N | N | |
| 015 | PLYMOUTH AVE. | BEDFORD ST. | N | N | N | N | N | N | N | N | N | N | N | N | |
| | NORTH | ROBESON ST. | N | N | N | N | N | N | N | N | N | N | N | N | |
| | | TREMONT ST. | N | N | N | N | N | N | N | N | N | N | N | N | |
| | | SEABURY ST. | N | N | N | N | N | N | N | N | N | N | N | N | |
| 016 | LOWELL ST. | | N | N | N | N | N | N | N | N | N | N | N | N | |
| 017 | QUEQUECHAN ST. | | N | N | N | N | N | N | N | N | N | N | N | N | |
| 018 | HERITAGE PARK | | N | N | N | N | N | N | N | N | N | N | N | N | |
| 019 | CANAL ST. | | N | N | N | N | N | N | N | N | N | N | N | N | |
| 020 | THIRD ST. | | N | N | N | N | N | N | N | N | N | N | N | N | |
| 021 | PLYMOUTH AVE. | | N | N | N | N | N | N | N | N | N | N | N | N | |
| | SOUTH | | N | N | N | N | N | N | N | N | N | N | N | N | |

| Monthly Operation & Maintenance Report<br>Fall River Wastewater Treatment Facility<br>PSG/US Filter, Inc.<br>10/1/01 to 12/31/01<br>Rainfall Data – Inches | | | |
|---|---|---|---|
| | | | |
| **Day** | **October** | **November** | **December** |
| | | | |
| 1. | 0.19 | | |
| 2. | | | |
| 3. | | 0.06 | |
| 4. | | | |
| 5. | | 0.21 | |
| 6. | 0.02 | 0.01 | |
| 7. | | | 0.02 |
| 8. | | | 0.01 |
| 9. | | | 0.42 |
| 10. | | | 0.05 |
| 11. | | | 0.02 |
| 12. | 0.01 | | |
| 13. | | | 0.08 |
| 14. | 0.01 | | 0.11 |
| 15. | 0.08 | | |
| 16. | 0.83 | | 0.01 |
| 17. | 0.02 | | 0.34 |
| 18. | | | 0.75 |
| 19. | | | |
| 20. | | 0.02 | |
| 21. | | | |
| 22. | | | |
| 23. | 0.16 | | |
| 24. | 0.24 | | 0.56 |
| 25. | | 0.19 | |
| 26. | | 0.09 | 0.01 |
| 27. | | | |
| 28. | | | |
| 29. | | 0.01 | |
| 30. | | 0.06 | |
| 31. | | | |